**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 07-04-DLB-03**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**VS.**             **ORDER ADOPTING REPORT AND RECOMMENDATION**

**EVERETT ALLEN MAINS**                                             **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

This matter is before the Court upon the March 14, 2012 Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of thirteen (13) months with no supervised release to follow. (Doc. #127). At the final revocation hearing conducted by Magistrate Judge J. Gregory Wehrman on March 13, 2012, the Defendant admitted to violating the terms of his supervised release as set out in the March 2, 2012 Supervised Release Violation Report of United States Probation Officer Stacey Suter. (Doc. # 125).

Defendant having executed a waiver of his right to allocution (Doc. # 126), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised;

1

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. #127) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release as described in the March 2, 2012 Violation Report;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **thirteen (13) months** with no supervised release to follow;

5. Defendant shall pay restitution in the amount of $42,992.71 as well as a $200.00 special assessment fee, upon which there is an outstanding balance of $50.00; and

6. A Judgment shall be entered concurrently herewith.

This 9th day of April, 2012.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2007\07-04 Order Adopting R&R re SR Violation 4-3-12.wpd